UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HERC RENTALS, INC., | No. 2:18-cv-03282-MCE-DB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| NICHELINI ENGINEERING CONTRACTORS, et al., | |
| Defendants. | |

By way of this action, Plaintiff Herc Rentals, Inc., ("Plaintiff") seeks to recover amounts due under a construction subcontract for equipment rental from Defendants Nichelini Engineering Contractors ("Nichelini"), Joseph Nichelini, and Merchants Bonding Company (collectively "Defendants"). Presently before the Court is Defendants' Motion to Dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) and for lack of subject matter jurisdiction under Rule 12(b)(1). ECF Nos. 15, 38.[1]

According to Defendants, Plaintiff's claim for recovery under the Miller Act Payment Bond, which purportedly bestows this Court with jurisdiction under 28 U.S.C. § 1331, fails as a matter of law, thus divesting the Court of jurisdiction and requiring dismissal of this action. Based on the allegations in Plaintiff's complaint, however,

---

[1] Because oral argument would not have been of material assistance, the Court ordered this matter submitted on the briefs. See E.D. Cal. Local R. 230(g).

1

diversity jurisdiction exists over the claims raised under 28 U.S.C. § 1332.  Accordingly, Plaintiff's request for dismissal for lack of jurisdiction is DENIED.[2]

Moreover, the Court concludes that Plaintiff has adequately stated a claim with relation to the Miller Act in any event because Plaintiff alleges that "Defendant Nichelini entered into a contract with the Yuba County Water Agency to provide labor and equipment for a federal public works project known as the Yuba River Development Project – Our House Dam and Log Cabin Dam, [Federal Energy Regulatory Commission] FERC project No. 2246 pursuant to the Prime Contract . . . "  First Amended Compl., ECF No. 4., at ¶ 8.  "The work under the Prime Contract was to be performed on land owned by the Federal Government."  Id.  FERC's identified interest in the project is sufficient to state a claim under the Miller Act, and Defendant's Motion (ECF No. 15, 38) is thus DENIED.

IT IS SO ORDERED.

Dated:  September 2, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] Defendants of course remain free to challenge jurisdiction as a factual matter should it later appear that the allegations in the operative complaint are inaccurate.