**JULIE M. CHOPOURIAN**, State Bar No. 197673
JMC LAW SOLUTIONS
180 Promenade Circle, Suite 300
Sacramento, CA 95834
Telephone: (916) 719-5132

Attorneys for Plaintiff
HERC RENTALS, INC., a Delaware Corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF HERC RENTALS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NICHELINI ENGINEERING CONTRACTORS, a California Corporation; JOSEPH NICHELINI, an individual; MERCHANTS BONDING COMPANY, an Iowa Corporation,<br><br>Defendants. | Case No.: 2:18-cv-3282<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER OF DISMISSAL**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

    Plaintiff, HERC RENTALS, INC., a Delaware Corporation (hereinafter "Herc") by and through its counsel of record, Julie M. Chopourian, and Defendants NICHELINI GENERAL ENGINEERING CONTRACTORS, a California Corporation; JOSEPH NICHELINI, an individual; MERCHANTS BONDING COMPANY (MUTUAL), an Iowa Corporation (hereinafter "Defendants"), by and through their counsel Lisa D. Nicolls, hereby jointly stipulate pursuant to the Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii), that Plaintiffs' First Amended Complaint be dismissed with prejudice as to all Plaintiffs' claims and causes of action against Dismissed Defendants. Plaintiffs and Dismissed Defendants to bear their own attorneys' fees and costs as to the claims between them.

JOINTLY SUBMITTED:

Dated:  December 9, 2021	JMC Law Solutions

/s/ Julie M. Chopourian_____
Julie M. Chopourian, Attorney for Plaintiff HERC RENTALS, INC., a Delaware Corporation

Dated:  December 9, 2021	Murphy Austin Adams Schoenfeld LLP

/s/ Lisa D. Nicolls_____
Lisa D. Nicolls, Attorney for Defendants, NICHELINI GENERAL ENGINEERING CONTRACTORS; JOSEPH NICHELINI; MERCHANTS BONDING COMPANY

## ORDER

The stipulation is approved. Plaintiffs' First Amended Complaint is dismissed with prejudice as to all Plaintiffs' claims and causes of action against Defendants NICHELINI GENERAL ENGINEERING CONTRACTORS, JOSEPH NICHELINI, and MERCHANTS BONDING COMPANY (MUTUAL).  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  December 22, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE